```
 1                 UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3              Case No.:   1:16CV664-GBL-MSN

 4     - - - - - - - - - - - - -X
       CAPITOL PROPERTY MANAGEMENT
 5     CORPORATION,

 6                          Plaintiff,

 7     vs.

 8     NATIONWIDE PROPERTY AND CASUALTY
       INSURANCE COMPANY,
 9
       AND
10
       NATIONWIDE MUTUAL INSURANCE COMPANY,
11
       AND
12
       NATIONWIDE MUTUAL FIRE INSURANCE
13     COMPANY,

14                          Defendants.
       _____/
15

16                  DISCOVERY DEPOSITION OF

17                     ROBERT G. HINTON

18
                       Pages 1 through 68
19

20              Wednesday, January 4, 2017
                  1:16 p.m. - 2:59 p.m.
21

22        PHIPPS REPORTING - Microtel Inn & Suites
                     4881 Commercial Way
23                   Spring Hill, Florida

24
```


EXHIBIT G

Page 24

```
 1      Q    Let me ask you this to make it easier:  Is he
 2  a lawyer?
 3      A    Yes.
 4      Q    Is there a Keith Atkins?
 5      A    Yes.
 6      Q    Do you know whether he is a lawyer?
 7      A    He is not a lawyer.
 8      Q    How about Mike Guziewicz?
 9      A    Guziewicz, he's not a lawyer.
10           MR. BROWN:  Okay.  Bear with me one second.
11      Now, if you would go to Exhibit No. 7, sir.
12           Ms. Court Reporter, if you could mark
13      Exhibit 7 as Exhibit 7.
14           THE WITNESS:  Okay.  Thank you.  I'm moving
15      paper.  Bear with me.
16           MR. BROWN:  No problem.  Just let me know when
17      you get there.
18           THE WITNESS:  Okay.  I am at Exhibit 7.  I
19      will so mark it.
20           MR. BROWN:  Okay.
21           (Exhibit 7 was marked for identification.)
22  BY MR. BROWN:
23      Q    If you could read through that and then let me
24  know if you're familiar with that document.
25      A    I am familiar with this document.
```

Page 25

1  Q   Can you tell me what prompted you to write
2  this document, this letter?  It's a letter authored by
3  you, is it not, Mr. Hinton?
4  A   It is.
5  Q   What prompted you to write this letter,
6  Exhibit No. 7?
7  A   Ms. Panuzio had told me about a provision in
8  their contract between Capitol Property Management and
9  Gunston Corner Condominium Association of a 10 percent
10 insurance processing fee.  She asked me to look into
11 whether that was a part of the claim and whether there
12 would be coverage for that.  I wrote this letter in
13 response to that --
14 Q   What did you do to investigate that?  Go
15 ahead.
16 A   Oh, all I said was I wrote this letter in
17 response to that verbal request.
18 Q   And what did you do to investigate that claim,
19 that verbal request?
20 A   I reviewed the policy issued to Gunston Corner
21 Condominium Association.
22 Q   Okay.  Did you also review the Property
23 Management Agreement?
24 A   I did just to validate that there was -- that
25 the language was included in the contract.

Page 68

1    ERRATA SHEET

2    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES

3    IN RE: CAPITOL PROPERTY MANAGEMENT CORP vs. NATIONWIDE
         WITNESS: ROBERT G. HINTON
4    DATE OF DEPOSITION: January 4, 2017

5    PAGE    LINE    CHANGE              REASON

6    05      15      GLENN               SPELLING

7    24      04      ADKINS              SPELLING

8    ___     ___     _____        _____

9    ___     ___     _____        _____

10   ___     ___     _____        _____

11   ___     ___     _____        _____

12   ___     ___     _____        _____

13   ___     ___     _____        _____

14   ___     ___     _____        _____

15   ___     ___     _____        _____

16   ___     ___     _____        _____

17   ___     ___     _____        _____

18   ___     ___     _____        _____

19

20   Under penalties of perjury, I declare that I have read

21   the foregoing document and that the facts stated in it

22   are true.

23   JANUARY 31, 2017              _____
     DATE                          ROBERT G. HINTON
24

25   Reporter: Cynthia L. Braun, RPR



Nationwide Insurance
Allied Insurance
Nationwide Agribusiness
Titan Insurance
Victoria Insurance

On Your Side®

Page 1 of 1

Gunston Corner Condominium Association
3914 CENTREVILLE RD STE 300
CHANTILLY, VA 20151

ATTN: Stacy Panuzio

Date prepared  July 2, 2014
Claim number  53 45 PE 056233 05272014 51

Questions?  Contact Claims Associate
Robert Hinton
hintor1@nationwide.com
Phone  352-573-0374

**Important information about this claim**

Dear Ms. Panuzio,

This letter is in regards to the fire loss that occurred at 8228 Catbird Circle, Lorton, Virginia on May 27, 2014. You have provided us with the management contract between Capitol Property Management and Gunston Corner Condominium Association effective January 1, 2014.

**Claim details**

Insurer:  Nationwide Property & Casualty Insurance Company
Policyholder:  Gunston Corner Condominium Association
Claimant:  Gunston Corner Condominium Association
Claim number:  53 45 PE 056233 05272014 51
Loss date:  05-27-2014
Loss location:  8228 CATBIRD CIR LORTON, VA 22079

THE ISSUE

The management contract states:

II. SERVICES. Capitol Property Management shall render services and perform duties as follows:
.....

(G) Insurance. Capitol Property Management shall cause to be placed and kept in force, as authorized by the Board of Directors of the Association, and in accordance with the governing documents thereof, all forms of insurance pertaining to all common elements and association facilities to protect the Association and its Members, to the extent required by the governing documents of the Association, from perils that may include, but not be limited to ... fire and extended coverage insurance...

...

Capitol Property Management shall promptly investigate and make full written reports to the Board of Directors of the Association as to all accidents or claims for damage relating to the management, operation and maintenance of the common elements and Association facilities, including the estimated cost of repair or replacement, and shall cooperate and make any and all reports required by any insurance company in connection therewith.

Virginia law requires the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.



DEPOSITION EXHIBIT 7
HINTON 1/4/17

**Plaintiff's Initial Disclosure (8.31.16) 000343**



Nationwide Insurance
Allied Insurance
Nationwide Agribusiness
Titan Insurance
Victoria Insurance

IV. REIMBURSABLE EXPENSES. Everything done by Capitol Property Management pursuant to the provisions of this agreement shall be done as Agent of the Association. All fees and expenses incurred by Capitol Property Management pursuant to this agreement and described herein for the direct benefit of the Association will be reimbursed to Capitol Property Management. Following is an itemized list of such reimbursable expenses.

REIMBURSABLE EXPENSES INCLUDE:

Certain expenses are not included in the management fee, including the following:
...

27. Insurance claim processing    10% of claim received

.....

COVERAGE

The Premier Businessowners Property Coverage Form [BP 0002 (04/11)] states:

A. Coverages

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

.....

The ten percent (10%) fee is not a part of the insurance contract. It is a separate contract between Capitol Property Management and Gunston Corner Condominium Association. The management contract cannot create coverage under the property and casualty policy.

Nationwide Property and Casualty Insurance Company will provide coverage for the direct physical loss to Premises 1, Building 9 located at 8224--8236 as a result of the fire.

The ten percent (10%) reimbursable expense to handle the claim for the Gunston Corner Condominium Association is not a part of the direct loss and damage, but rather, an indirect loss resulting from the management contract. Nationwide Property and Casualty Insurance Company formally denies the ten percent (10%) fee as a part of the claim.

Virginia law requires the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Plaintiff's Initial Disclosure (8.31.16) 000344**



Nationwide Insurance
Allied Insurance
Nationwide Agribusiness
Titan Insurance
Victoria Insurance

**For more Information**

If you have any questions or concerns about this claim, please contact me at 352-573-0374 or by email at hintor1@nationwide.com.

Sincerely,

Robert G. Hinton
Nationwide Property & Casualty Insurance Company
Commercial Claims General Adjuster

CC: Keith W. Puffenbarger Agency

Virginia law requires the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Plaintiff's Initial Disclosure (8.31.16) 000345