1                          UNITED STATES DISTRICT COURT
                       FOR THE EASTERN DISTRICT OF VIRGINIA
2                            ALEXANDRIA DIVISION

3                      Case No.:   1:16CV664-GBL-MSN

4      - - - - - - - - - - - - - -X
       CAPITOL PROPERTY MANAGEMENT
5      CORPORATION,

6                              Plaintiff,

7      vs.

8      NATIONWIDE PROPERTY AND CASUALTY
       INSURANCE COMPANY,
9
       AND
10
       NATIONWIDE MUTUAL INSURANCE COMPANY,
11
       AND
12
       NATIONWIDE MUTUAL FIRE INSURANCE
13     COMPANY,

14                             Defendants.
       _____/
15

16                         DISCOVERY DEPOSITION OF

17                          ROBERT G. HINTON

18
                           Pages 1 through 68
19

20                      Wednesday, January 4, 2017
                         1:16  p.m.  - 2:59  p.m.
21

22            PHIPPS REPORTING - Microtel Inn & Suites
                        4881 Commercial Way
23                       Spring Hill, Florida

24



EXHIBIT
J

Page 29

1    the lawsuit.

2         A    Yes.

3         Q    All right.  Now, let's talk about the

4    10 percent insurance claim processing fee.

5         A    Okay.

6         Q    Other than what's set forth in Exhibit 7, are

7    there any other grounds that you're aware of as to why

8    that would not be covered under the policy?

9         A    Well, I think that -- I think that I wrote a

10   second letter in February of 2016 that further explains

11   our position in regard to the insurance claim processing

12   fee.

13             MR. BROWN:  Hang on one second.  Let me see if

14        I can find that letter.  If you would go to

15        Exhibit 17.  Ms. Court Reporter, if you could mark

16        Exhibit 17.

17             THE WITNESS:  Okay.  I have Exhibit 17.

18             (Exhibit 17 was marked for identification.)

19   BY MR. BROWN:

20        Q    Is that the letter that you were making

21   reference to, the second letter?

22        A    It is.

23        Q    Okay.  This is also a letter authored by you

24   dated February 3rd, 2016, addressing the insurance claim

25   that is the subject of this lawsuit, correct,

Page 30

1    Mr. Hinton?

2       A    Yes.  This is a letter in response to the

3    public adjuster asking us to reconsider their claim for

4    the insurance claim processing fee of 10 percent.

5       Q    Other than Exhibit 7, which we just looked at,

6    and now Exhibit 17, the two letters that you wrote, are

7    you aware of any other grounds for denial of the

8    10 percent insurance processing fee claim?

9            MS. SKILLING:  Object to the form.

10           THE WITNESS:  Based on the information we had

11       at the time, I'm not aware of any other

12       information.

13   BY MR. BROWN:

14      Q    Well, how about today, the information you

15   have today, Mr. Hinton?

16      A    No.  There's --

17           MS. SKILLING:  Object to the form.

18   BY MR. BROWN:

19      Q    Are there any other grounds that would support

20   the denial of this portion of the claim?

21      A    Well, I'll say no, but we reserved our rights

22   to review any additional information anybody wanted to

23   provide to us.

24      Q    So you're not aware of anything outside of

25   these two letters that supports the denial of this

Page 68

1                         ERRATA SHEET

2            DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES

3      IN RE:  CAPITOL PROPERTY MANAGEMENT CORP vs. NATIONWIDE
                      WITNESS: ROBERT G. HINTON
4            DATE OF DEPOSITION: January 4, 2017

5    PAGE      LINE      CHANGE                  REASON

6    05        15        GLENN                   SPELLING

7    24        04        ADKINS                  SPELLING

8    _____     _____     _____  _____

9    _____     _____     _____  _____

10   _____     _____     _____  _____

11   _____     _____     _____  _____

12   _____     _____     _____  _____

13   _____     _____     _____  _____

14   _____     _____     _____  _____

15   _____     _____     _____  _____

16   _____     _____     _____  _____

17   _____     _____     _____  _____

18   _____     _____     _____  _____

19

20   Under penalties of perjury, I declare that I have read

21   the foregoing document and that the facts stated in it

22   are true.

23   JANUARY 31 2017              Robert G. Hinton
     DATE                         ROBERT G. HINTON
24

25   Reporter:  Cynthia L. Braun, RPR

www.phippsreporting.com
www.phippsreporting.com
(888)811-3408

**Nationwide Insurance**
**Allied Insurance**
**Nationwide Agribusiness**
**Titan Insurance**
*On Your Side* **Victoria Insurance**

Gunston Corner Condominium Association

Goodman-Gable-Gould / Adjusters International
9011 Arboretum Parkway, Suite 302
Richmond, Virginia 23236

Attention: Anthony D'Amico

Delivered via Electronic Mail Only to tdamico@gggco.com

| | |
|---|---|
| **Date prepared** | February 3, 2016 |
| **Claim number** | 53 45 PE 056233 |
| | 05272014 51 |
| **Questions?** | Contact Claims Associate |
| | Robert Hinton |
| | hintor1@nationwide.com |
| | Phone (352) 573-0374 |

**Claim details**

Insurer: Nationwide Property & Casualty Insurance Company
Policyholder: Gunston Corner Condominium Association
Claimant:
Claim number: 53 45 PE 056233 05272014 51
Loss date: 05-27-2014
Loss location: 8224 Catbird Circle, Lorton, VA 22079

Dear Mr. D'Amico,

This letter is in response to your presentation of a claim for Capitol Property Management (Capitol), the management company for Gunston Corner Condominium Association (The Association). They are asserting a claim for ten percent of the amount paid on the claim as an insurance claim processing fee under their management contract with The Association.

It is questionable whether The Association has the right to assign their rights under the policy to Capitol without our consent. Regardless, and without waiving our right to reject such assignment, we reviewed the management contract and the policy and we have concluded that coverage does not apply for this claim.

The management contract authorizes Capitol to render various services on behalf of the Association, including without limitation, property management, maintenance, conducting inspections, notifying The Association of actions to comply with government regulations, purchasing appropriate insurance, collecting assessments, maintaining depository accounts and reserve funding, maintaining various financial reports and records and preparing a budget. The management contract also provides that Capitol will be reimbursed "10% of claim received" for "insurance claim processing". Capitol is paid a monthly fee of $5,057.50 for the foregoing services set forth in the management contract.

Coverage is provided by the Businessowners Premier Property Coverage Form (PB 00 02 04/11) for direct physical loss of or damage to Covered Property caused by or resulting from any Covered Cause of Loss. The insurance claim processing fee does not constitute direct physical loss or damage to covered property.

The coverage form includes the Additional Coverage - Extra Expense. The policy provides that we will pay for necessary extra expenses that the Insured incurs during the period of restoration that they would not have incurred if there had been no direct physical loss of or damage to Covered Property.

DEPOSITION
EXHIBIT
17
HINTON 1/4/17
PENGAD 800-631-6989

Virginia law requires the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.



**Nationwide Insurance**
**Allied Insurance**
**Nationwide Agribusiness**
**Titan Insurance**
**Victoria Insurance**

Extra Expense means an expense incurred to avoid or minimize the suspension of business and to continue operations at the described premises; to minimize the suspension of business if the Insured cannot continue operations; and to repair or replace any property or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

The insurance processing fee does not constitute an extra expense because the fee is not a necessary expense incurred to avoid or minimize the suspension of business and to continue The Association's business activities occurring at the described premises.

In summary, we reserve our right to reject whether The Association has the right to assign their rights under the policy to Capitol. Regardless, the insurance processing fee does not constitute direct physical loss to covered property. The insurance processing fee does not meet the definition of an extra expense.

Neither this letter nor any investigation undertaken by Nationwide Property & Casualty Insurance Company is intended to waive any rights of either party under the policy. Nationwide Property & Casualty Insurance Company continues to reserve all of its rights under the policy and agrees that your rights are also reserved.

Thank you for choosing us for your important insurance protection. If you have any questions or concerns, please contact me at (352) 573-0374  or hintor1@nationwide.com.

Sincerely,


Robert Hinton
Nationwide Property & Casualty Insurance Company
Commercial Claims General Adjuster
Commercial Property Technical Claims


CC: Keith Puffenbarger Agency

Virginia law requires the following: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.



**53 056233 - Gunston Corner Condominium Association**

Robert G Hinton    to    Tony D'Amico
Cc  Wilton Elmore, Robert G Hinton

02/05/2016 09:38 AM

Mr. D'Amico,

Attached please find our coverage position letter.

Regards,
Bob



056233_Letter_02_03_16.pdf

**Robert G. Hinton**
Commercial Claims General Adjuster
Commercial Property Technical Claims
W 352-573-0374 | C 352-573-0374 | F 866-205-5479
hinter1@nationwide.com

[ ] Nationwide Mutual Insurance Company
[ ] AMCO Insurance Company
[ ] Allied Property and Casualty Insurance Company
[ ] Depositors Insurance Company
[ ] Nationwide Insurance Companies of America
[X] Nationwide Property and Casualty Insurance Co.
[ ] Nationwide Mutual Fire Insurance Company
[ ] Nationwide Agribusiness Insurance Company